# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2804

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Aaron T. Fant, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  June 21, 2005
Filed:  July 21, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Aaron Fant appeals the 77-month prison sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).  Fant's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that Fant's sentence is excessive.

---

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

Construing this argument as an Eighth Amendment challenge, we find that the sentence does not violate the Eighth Amendment.  <u>See</u> <u>United States v. Farmer</u>, 73 F.3d 836, 840 (8th Cir.) (only in very narrow circumstances has punishment within statutory limits been held to violate Eighth Amendment; holding that life in prison without parole under "three-strikes" law does not violate Eighth Amendment).

Construing Fant's argument as a challenge to his sentence under <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), we find that he has not demonstrated plain error because there is nothing in the record to suggest that he would have received a more favorable sentence under an advisory guideline system.  <u>See</u> <u>United States v. Pirani</u>, 406 F.2d 543, 550, 552 (8th Cir. 2005) (en banc).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____